# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Madeline Cox Arleo |
| v. | Criminal No. 2:20-cr-00773 (MCA) |
| ADARSH GUPTA | |

## [PROPOSED] ORDER

**NOW**, this _____ day of _____, upon consideration of Defendant Adarsh Gupta's Motion to Dismiss the Indictment ("Motion to Dismiss"), the supporting briefing, any response thereto, and any oral argument,

**IT IS HEREBY ORDERED THAT** the Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED THAT** the Indictment (ECF 1) is **DISMISSED**.

BY THE COURT:

_____