DNJ-Cr-021 (03/2025)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Adarsh Gupta<br><br>Defendant. | Criminal No.  20-773 (MCA)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Adarsh Gupta.

Date:  July 24, 2025

ALINA HABBA
United States Attorney

By:  Darren C. Halverson
Trial Attorney